BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NOCHER ENTERPRISES, INC., a California corporation,

Plaintiff,

v.

AVENTUS OUTREACH, LLC, a Florida limited liability company; OLIVER DAWOUD, an individual; and DOES 1-20, inclusive,

Defendants.

Case No.: 2:18-cv-3897 RSWL (JEMx)

**[PROPOSED] ORDER GRANTING DEFENDANTS AVENTUS OUTREACH, LLC, OLIVER DAWOUD, AVENTUS BIOLABS, INC., AND AVENTUS HEALTH, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION (FED. R. CIV. P. 12(b)(2))**

Date: September 25, 2018
Time: 10:00 a.m.
Courtroom: TBD

Action Filed: March 5, 2018

Honorable Ronald S.W. Lew

Having considered Defendants Aventus Outreach, LLC, Oliver Dawoud, Aventus Bio Labs, Inc. and Aventus Health, LLC's (collectively, "Defendants") Motion to Dismiss Plaintiff Nocher Enterprises, Inc.'s ("Plaintiff") First Amended Complaint for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) ("Motion"), all the papers filed in support thereof, all papers in opposition thereto filed by Plaintiff, the pleadings, records, and papers on file in this action, and any oral argument at any hearing on the motion, and finding good cause therefor, the Court hereby GRANTS Defendants' Motion.

Plaintiff's First Amended Complaint is hereby dismissed with prejudice. Defendants are awarded their costs of suit according to further filings to be made by Defendants, within fourteen (14) days from the date hereof.

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________
Honorable Ronald S.W. Lew
United States District Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES