JEFFREY AARON COHEN, SBN 186420
LAW OFFICE OF JEFFREY A. COHEN
15338 Central Avenue
Chino CA 91710
Telephone : 310-650-6015
Email: jac@cohen-lawfirm.com

Attorney for plaintiff
NOCHER ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOCHER ENTERPRISES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVENTUS OUTREACH, LLC, a Florida limited liability company; OLIVER DAWOUD, an individual; AVENTUS BIO LABS, INC., a Florida corporation; and AVENTUS HEALTH, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:18-cv-3897 RSWL (JEMx)<br><br>Honorable Ronald S.W. Lew<br><br>**DECLARATION OF JAMIE NOCHER IN SUPPORT OF OPPOSITION OF NOCHER ENTERPRISES, INC. TO DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [F.R.C.P. 12(b)(6)]**<br><br>Date: September 25, 2018<br>Time: 10:00 a.m.<br>Courtroom: TBD<br><br>Action Filed: March 5, 2018 |

I, Jamie Nocher, declare:

1. I have personal knowledge of the facts stated in this declaration, which I submit in support of plaintiff NOCHER ENTERPRISES, INC.'s ("plaintiff" or "Nocher Enterprises") opposition to defendants' motion to dismiss for failure to state a claim, and specifically on the issue of choice-of-law.

2. The Aventus Defendants specifically directed plaintiff to deliver a significant portion of specimen samples (at least 2500 specimen samples out of approximately 11,000) to *jurisdictions outside of Florida*, including the following hospitals and providers in Arizona, Mississippi, Montana and Missouri :

a. Dewitt Hospital and Nursing Home
CLIA ID: 04D0642180
1641 South Whitehead Dr
De Witt, AR 72042

b. North Oak Regional Medical Center
CLIA ID: 25D0316599
(662) 562-3100
401 Getwell Dr
Senatobia, MS 38668

c. Trinity Hospital Nursing Service
CLIA ID: 27D0692133
(406) 653-2100
315 Knapp St
Wolf Point, MT 59201

d. Singing River Hospital
CLIA ID: 25D0319894
(228) 809-2240
2809 Denny Ave
Pascagoula, MS 39567

///

e. Deckerville Community Hospital
CLIA ID: 23D0372861
(810) 376-2835
3559 Pine St
Deckerville, MI 48427

3. I am also informed that approximately half of the entire sample specimens plaintiff provided to the Aventus Defendants was billed by the Avetnus Defendants through hospitals outside of Florida who were required to test the specimens at their own laboratories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

***s/JAMIE NOCHER***
Jamie Nocher