JEFFREY AARON COHEN, SBN 186420
LAW OFFICE OF JEFFREY A. COHEN
15338 Central Avenue
Chino CA 91710
Telephone : 310-650-6015
Email: jac@cohen-lawfirm.com

Attorney for plaintiff
NOCHER ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NOCHER ENTERPRISES, INC., a California corporation,

Plaintiff,

v.

AVENTUS OUTREACH, LLC, a Florida limited liability company; OLIVER DAWOUD, an individual; AVENTUS BIO LABS, INC., a Florida corporation; and AVENTUS HEALTH, LLC, a Florida limited liability company,

Defendants.

Case No.: 2:18-cv-3897 RSWL (JEMx)

Honorable Ronald S.W. Lew

**NOTICE OF INTERESTED PARTIES FILED BY PLAINTIFF NOCHER ENTERPRISES, INC.**

Action Filed: March 5, 2018

The undersigned, counsel of record for plaintiff NOCHER ENTERPRISES, INC. certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1) Nocher Enterprises, Inc., a California corporation – plaintiff;
2) AVENTUS OUTREACH, LLC, a Florida limited liability company – defendant;
3) OLIVER DAWOUD, an individual - defendant;
4) AVENTUS BIO LABS, INC., a Florida corporation - defendant; and

5) AVENTUS HEALTH, LLC, a Florida limited liability company – defendant.

Dated: September 4, 2018

Respectfully submitted,

LAW OFFICE OF JEFFREY A. COHEN

By: **s/*JEFFREY A. COHEN***

Jeffrey Aaron Cohen, attorney for plaintiff
NOCHER ENTERPRISES, INC.