# Exhibit 2

MICHAEL R. MATTHIAS, SBN 57728
JOELLE A. BERLE, SBN 252532
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: mmatthias@bakerlaw.com
jberle@bakerlaw.com

MICHAELS. VITALE (Admitted *Pro Hac Vice*)
**BAKER & HOSTETLER LLP**
2300 SunTrust Center
200 South Orange Avenue
P.O. Box 112
Orlando, FL 32802-0112
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: mvitale@bakerlaw.com

*Attorneys for Defendants*
AVENTUS OUTREACH, LLC; OLIVER DAWOUD; AVENTUS BIO LABS, INC.; and AVENTUS HEALTH, LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NOCHER ENTERPRISES, INC., a California corporation,

Plaintiff,

v.

AVENTUS OUTREACH, LLC, a Florida limited liability company; OLIVER DAWOUD, an Individual; and DOES 1-20, inclusive,

Defendants.

Case No.: 2:18-cv-3897 RSWL (JEMx)

**DECLARATION OF NAGI YOUSSEF, M.D., IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)**

[Filed concurrently with Dawoud Declaration and [Proposed] Order]

Action Filed: March 5, 2018

# DECLARATION OF NAGI YOUSSEF, M.D.

I, Nagi Youssef, M.D., declare:

1. I am an individual and the sole shareholder and officer of Defendant Aventus Bio Labs, Inc. ("Bio Labs") and the sole member of Defendant Aventus Health, LLC ("Health"). I have personal knowledge of the facts stated herein and if called as a witness I could and would completely testify thereto.

2. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2).

## AVENTUS BIO LABS, INC.

3. Bio Labs no longer exists as a company in any State.

4. Bio Labs was a Florida corporation incorporated under the laws of the State of Florida and having its principal place of business in Seminole County, Florida. Attached as **Exhibit A** is a true and correct copy of the webpage from the Florida Secretary of State, Division of Corporations confirming Bio Lab's entity status, which can be found at the following web address: http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=AVENTUSBIOLABS%20P170000701390&aggregateId=domp-p17000070139-74a1a181-d443-4d37-90bd-3f259531d770&searchTerm=aventus%20bio%20labs&listNameOrder=AVENTUSBIOLABS%20P170000701390.

5. Bio Labs was voluntarily dissolved with the State of Florida on May 21, 2018. Attached as **Exhibit B** is a true and correct copy of the Articles of Dissolution for Bio Labs filed with the State of Florida, Division of Corporations.

6. I formed Bio Labs for the purpose of conducting lawful business activity in the State of Florida, but Bio Labs ultimately never conducted any business. Because of this, I dissolved Bio Labs rather than continuing to pay the annual fee to keep this inactive corporation in business.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

7. Bio Labs has never engaged in any commercial activity whatsoever.

8. Bio Labs has never had any employees or conducted any business in any state.

9. Bio Labs has never owned or leased any property in any state.

10. Bio Labs has never entered into any agreement, oral or written, with Nocher. I have never held Bio Labs out to Nocher as "one and the same" with any of the Aventus entities, nor would I ever do so.

11. I am not aware of any facts or grounds for Nocher to sue Bio Labs in this case. Bio Labs has never had any contact with Nocher or any other individual or entity for any commercial purpose.

## AVENTUS HEALTH, LLC

12. I am, and at all times material hereto have been, a member of Health, which is, and was at all times material hereto, a Florida limited liability company, with its principal place of business in Seminole County, Florida. Attached as **Exhibit C** is a true and correct copy of the webpage from the Florida Secretary of State, Division of Corporations confirming Health's status as a Florida limited liability company, which can be found at the following web address: http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=AVENTUSHEALTH%20L150000472990&aggregateId=flal-l15000047299-4ff3e563-9366-4188-a01d-9a1dcbd91610&searchTerm=aventus%20health&listNameOrder=AVENTUSHEALTH%20L150000472990.

13. I am, and at all times material hereto have been, a resident of Seminole County, Florida and a citizen of Florida.

14. At all times material to the facts giving rise to this lawsuit, there were no other members of Health other than me.[1]

[1] Health is in the process of undergoing a corporate reorganization, however, this reorganization has just recently commenced and was not underway when the facts giving rise to this lawsuit occurred.



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

15. Health is in the business of, among other things, testing medical specimens for its clients. Health is the owner of the trade name "Aventus Biolabs."

16. Health does not currently conduct any business in California.

17. I do not travel to California for trade shows, conventions or conferences related to Health, nor do any of Health's employees.

18. Health does not own any property in California or lease any space in California.

19. None of the employees of Health reside in California or travel to California for Health-related business.

20. I never traveled to California to meet with Jamie Nocher ("Nocher"), nor did any of Health's employees.

21. Health does not advertise in the State of California.

22. The only connection Health has to this case is that Health's laboratory tested some of the specimens Nocher's physicians sent to Florida for testing. Health tested samples coming from all over the country. Historically, some specimens have originated in California, however, Health has not tested more specimens originating from California than it does from any other state. Currently, Health tests no specimens from the State of California. Health's connections with the State of California are minimal, at best.

23. All of the specimens Nocher's physicians sent to Health were tested by Health in Florida or were sent to Georgia for testing by an unaffiliated reference lab.

24. All of the specimens Health tested were stored in Florida.

25. After testing, all of the specimens Health tested were disposed of in Florida.

26. Results of all tests conducted by Health were uploaded in Florida to a patient portal. The servers holding the data are located in Florida.

27. Payment for the specimens Health tested was received in Florida.

28. All of the records of specimens Health tested are located in Florida.

29. Health did not make any representations to Nocher in this case.

30. Health did not enter into any negotiations with Nocher, did not enter into any agreement or contract with Nocher, and did not transmit any payments to Nocher.

31. Health is the only one of the Defendants in this lawsuit that has owned a testing laboratory, which is located in the State of Florida.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration is executed this 6th day of August, 2018, at Seminole County, Florida.

Nagi Youssef, M.D.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT "A"

FLORIDA DEPARTMENT of STATE | DIVISION OF CORPORATIONS

Division of Corporations
an official State of Florida website

Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
AVENTUS BIO LABS INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P17000070139 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 08/21/2017 |
| **Effective Date** | 08/21/2017 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 05/21/2018 |
| **Event Effective Date** | NONE |

**Principal Address**

1073 WILLA SPRINGS DR
1049
WINTER SPRINGS, FL 32708

**Mailing Address**

1073 WILLA SPRINGS DR
1049
WINTER SPRINGS, FL 32708

**Registered Agent Name & Address**

YOUSSEF, NAGI
1073 WILLA SPRING DR
1049
WINTER SPRINGS, FL 32765

**Officer/Director Detail**

**Name & Address**

Title P

YOUSSEF, NAGI
2347 KELBROOK CT
OVIEDO, FL 32765

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

| | |
|---|---|
| 05/21/2018 -- VOLUNTARY DISSOLUTION | View image in PDF format |
| 08/21/2017 -- Domestic Profit | View image in PDF format |

# EXHIBIT "B"

**FILED**
**May 21, 2018**
**Secretary of State**

# ARTICLES OF DISSOLUTION

Pursuant to section 607.1401, Florida Statutes, this Florida corporation submits the following Articles of Dissolution:

FIRST: The name of the corporation as currently filed with the Florida Department of State:

AVENTUS BIO LABS INC

SECOND: The document number of the corporation: P17000070139

THIRD: The file date of the articles of incorporation: August 21, 2017

FOURTH: None of the corporation's shares have been issued.

The corporation has not commenced business.

FIFTH: No debt of the corporation remains unpaid.

SIXTH: The net assets of the corporation remaining after winding up have been distributed to the shareholders, if shares were issued.

SEVENTH: A majority of the directors authorized the dissolution.

I submit this document and affirm that the facts stated herein are true. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature: NAGI YOUSSEF PRESIDENT

Electronic Signature of Signing Officer, Director, Incorporator or Authorized Representative

**FILED**
**May 21, 2018**
**Secretary of State**

# Notice of Corporate Dissolution

This notice is submitted by the dissolved corporation named below for resolution of payment of unknown claims against this corporation as provided in s. 607.1407, F.S.

Name of Corporation:

AVENTUS BIO LABS INC

Date of dissolution will be the date the dissolution is filed with the Department of State or as specified in the Articles of Dissolution.

Description of information that must be included in a claim:

THE BUSINESS IS CLOSED

Mailing address where claims can be sent:

2347 KELBROOK CT
OVIEDO, FL 32765

A claim against the above named corporation will be barred unless a proceeding to enforce the claim is commenced within 4 years after the filing of this notice.

I submit this document and affirm that the facts stated herein are true. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature: NAGI YOUSSEF

Electronic Signature of the Person Filing

# EXHIBIT "C"

Detail by Entity Name







# Detail by Entity Name

Florida Limited Liability Company
AVENTUS HEALTH LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L15000047299 |
| **FEI/EIN Number** | 47-3463198 |
| **Date Filed** | 03/16/2015 |
| **Effective Date** | 03/10/2015 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 10/03/2016 |
| **Event Effective Date** | NONE |

**Principal Address**

1341 Sundial Point
Winter Springs, FL 32708

Changed: 03/12/2016

**Mailing Address**

1341 Sundial Point
Winter Springs, FL 32708

Changed: 03/12/2016

**Registered Agent Name & Address**

YOUSSEF, NAGI
2347 KELBROOK COURT
OVIEDO, FL 32765

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

YOUSSEF, NAGI
2347 KELBROOK COURT
OVIEDO, FL 32765

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2016 | 03/12/2016 |
| 2017 | 03/05/2017 |
| 2018 | 04/23/2018 |

**Document Images**

| | |
|---|---|
| 04/23/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/05/2017 -- ANNUAL REPORT | View image in PDF format |
| 10/03/2016 -- LC Amendment | View image in PDF format |
| 09/13/2016 -- LC Amendment | View image in PDF format |
| 03/12/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2015 -- LC Amendment | View image in PDF format |
| 03/16/2015 -- Florida Limited Liability | View image in PDF format |