# Exhibit 3

MICHAEL R. MATTHIAS (SBN 57728)
*mmatthias@bakerlaw.com*
JOELLE A. BERLE (SBN 252532)
*jberle@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

MICHAEL S. VITALE (admitted *Pro Hac Vice*)
*mvitale@bakerlaw.com*
**BAKER & HOSTETLER LLP**
2300 SunTrust Center
200 South Orange Avenue
P.O. Box 112
Orlando, FL 32802-0112
Telephone: 407.649.4000
Facsimile: 407.841.0168

*Attorneys for Defendants*
AVENTUS OUTREACH, LLC;
AVENTUS BIO LABS, INC.;
and AVENTUS HEALTH, LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOCHER ENTERPRISES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVENTUS OUTREACH, LLC, a Florida limited liability company; OLIVER DAWOUD, an individual; AVENTUS BIO LABS, INC., a Florida corporation; and AVENTUS HEALTH, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:18-cv-3897 RSWL (JEMx)<br><br>**DEFENDANTS' RULE 26 DISCLOSURES**<br><br>Action Filed: March 5, 2018 |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), and the Rule 26(f) Report filed jointly by the parties on December 17, 2018, Defendants Aventus Outreach, LLC ("Outreach"), Aventus Bio Labs, Inc. sued herein as Aventus

Biolabs a.k.a. Aventusbiolabs.com ("Bio Labs"), and Aventus Health, LLC ("Health"), (collectively, "Defendants") hereby disclose the following information:

**Rule 26(a)(1)(i): Individuals Likely To Have Discoverable Information**

1. Jamie Nocher

Upon information and belief, the individuals listed in item 1 above may be contacted through Plaintiff Nocher Enterprises, Inc.'s ("Nocher") counsel of record.

All of the foregoing individuals may possess discoverable information relating to the claims in the above-captioned action, including but not limited to the alleged contract or agreement between the parties and the negotiation thereof, amounts of revenue collected by the Plaintiff, physicians and laboratories who enrolled their accounts for testing with one of the Defendants, meetings and communications between the parties, and Nocher's day-to-day performance of its duties, or lack thereof.

2. Oliver Dawoud
3. Nagi Youssef, M.D.
4. Nick Savas
5. Tamer Girgis

The individuals listed in items 2 – 5 above may be contacted through Defendants' counsel of record.

All of the foregoing individuals may possess discoverable information relating to the claims and defenses in the above-captioned action, including but not limited to the alleged contract or agreement between the parties and the negotiation thereof, amounts of revenue collected by the Plaintiff, physicians and laboratories who enrolled their accounts for testing with one of the Defendants, meetings and communications between the parties, rejected testing samples, and Nocher's day-to-day performance of its duties, or lack thereof.

6. The facilities and/or physicians listed on the attached spreadsheet. (AVEN000001).

All of the foregoing individuals or non-party entities may possess discoverable information relating to whether or not the named facility sent samples to one of the Defendants for testing (and how many samples), whether testing could be performed on such sample or whether testing was rejected, contact with Nocher and any agreements made with Nocher to send samples to Defendants for testing, and/or payments tendered to one of the Defendants.

**Rule 26(a)(1)(i): Individuals Who May Have Discoverable Information**

The following individuals may or may not have discoverable information regarding one or more of the categories of documents listed below. Upon information and belief, the knowledge of the witnesses below, unless otherwise provided, is likely limited to that of a records custodian. The parties may be able to stipulate to the authenticity of certain documents, making the testimony of these witnesses unnecessary in this cause. They are listed in an abundance of caution.

7. Leanne LeFebvre (Practice Manager) – general knowledge of enrolling new accounts, shipping, setting up electronic portal for testing results; may have had contact with representative(s) of Nocher during a site visit.

8. Song Burer (Shipping Specialist) – general knowledge of shipping, types of testing kits shipped to physicians/treatment centers during the pertinent time period.

9. Carmen Bumanglag (Shipping Specialist) – general knowledge of shipping and testing kits, no contact with Nocher or its representatives.

10. Joseph Perez (Facilities) –general knowledge of shipping and shipping logs/records, no recollection of contact with Nocher or its representatives.

11. Paulomi Parmar (Toxicologist Lead) – general knowledge of handling specimens from California, accessioning, testing; no recollection of contact with Nocher or its representatives.

12. Elisa Rivera Boyles (Core Lab Supervisor) – general knowledge of bloodwork, chemistry, hematology, and communication with physicians generally about specimens; no recollection of contact with Nocher-enrolled physicians.

13. Raffi Mekhdjavakian (Director of Client Services) – general knowledge of company onboarding forms/paperwork; no contact with Nocher or its representatives.

The individuals listed in items 7 – 13 above may be contacted through Defendants' counsel of record.

**Rule 26(a)(1)(ii): Documents Currently In Defendants' Possession, Custody, Or Control That May Be Used to Support its Claims and Defenses**

1. Combined spreadsheet of referring physicians and treatment centers believed to be associated with Nocher (attached to these disclosures as AVEN000001).

2. Correspondence to and from Nocher representatives and Aventus representatives, consisting mostly of text messages and e-mails.

3. Spreadsheet-style reports indicating information relating to whether testing was performed on a specimen, claim numbers (or lack thereof), dates, payments (or lack thereof), referring physician, and primary payer.

4. Spreadsheets of referring physicians and treatment centers associated with Nocher.

5. Copy of checks made out to Nocher Enterprises and Pushstart LLC.

6. Onboarding/Lab Enrollment Forms and supply order forms for testing centers.

7. Shipping/Tracking information for testing kits.

8. Invoices from Aventus to Nocher.

9. Unexecuted contract/term sheet between Aventus and Nocher.

10. Correspondence from Aventus to government entities.

11. Documentation demonstrating that Bio Labs was not organized until about the time the parties stopped doing business with each other, was an inactive corporation during its existence, and was voluntarily dissolved.

**Rule 26(a)(1)(iii): Computation of Damages**

None of the Defendants have asserted any counterclaims for monetary damages at this time. All Defendants deny any and all liability and damages asserted by Nocher. Defendants reserve the right to assert and recover any compensatory damages to which they are later discovered to be entitled, and to recover attorneys' fees and costs as permitted by law.

**Rule 26(a)(1)(iv): Insurance Agreements**

No such agreement exists.

**Right to Supplement**

Outreach, Bio Labs, and Health each specifically reserves the right to supplement and amend any and all portions of these disclosures pursuant to the Federal Rules of Civil Procedure.

Dated: January 9, 2019. Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/Michael S. Vitale*
Michael R. Matthias
Michael S. Vitale
Joelle A. Berle

*Attorneys for Defendants*
AVENTUS OUTREACH, LLC;
AVENTUS BIO LABS, INC.; and
AVENTUS HEALTH, LLC

## PROOF OF SERVICE

I am over the age of eighteen years, and not a party to the within action. My business address is 200 South Orange Avenue, Suite 2300, Orlando, Florida 32801. On January 9, 2019, I served the foregoing document(s) described as:

**DEFENDANTS' RULE 26(A)(1) INITIAL DISCLOSURES**

[X] **BY EMAIL:** to the email address on record for counsel for Plaintiffs on CM/ECF for the United States District Court, Central District of California, as set forth below.

[X] **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed to counsel for Plaintiffs as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Jeffrey A. Cohen, Esq.
Law Offices of Jeffrey A. Cohen
15338 Central Avenue
Chino, CA 91710
(310) 650-6015
jac@cohen-lawfirm.com
*Attorneys for Plaintiff*

I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 9, 2019, in Orlando, Florida.

*s/Michael S. Vitale*
Michael S. Vitale

| Account | Referring Physician First Name | Referring Physician Last Name |
|---|---|---|
| Balboa Surgery Center/Pain Management Inc. | Raafat | Girgis |
| Better Choices | Ryan | Peterson |
| Bridges to Life Detox & Recovery | David | Asher |
| CA Prime Recovery | Paul | Chung |
| Chandler Treatment Center | Paul | Puri |
| Coastline Recovery | Michael | Bishara |
| Crossroads/Cross Road Transitional, Inc. | Syrus | Feridouni |
| Forefront Beverly Hills | Rodney | Collins |
| Forward Recovery | Paul | Puri |
| Forrest Hills | Ryan | Peterson |
| Fresh Start of CA | Sarah | Apollo |
| Goodlife Recovery | Paul | Puri |
| Goodworks Recovery | H Keith | Weiss |
| Jiloa Treatment & Recovery Centers, Inc. | Rafael | Penunuri |
| Hollywood Hills Recovery | Michael | Valdez |
| IMAC Medical Group | Raymond | Dorio |
| Landmark Recover Center | Alejandro | Alva |
| Legacy Freedom/Van Horn - Asheville | Anthony | Mazzuruli |
| Legacy Freedom/Van Horn - Charlotte | Anthony | Mazzuruli |
| Legacy Freedom/Van Horn - Columbus | Joane | Poje |
| Legacy Freedom/Van Horn - Greensboro | Anthony | Mazzuruli |
| Legacy Freedom/Van Horn - Raleigh | Anthony | Mazzuruli |
| Legacy Freedom/Van Horn - Wilmington | Anthona | Mazzuruli |
| Legacy Healing Center | Lisa | Wahlestedt |
| Mansfield | Aaron | Castro |
| New Existence/4th Dimension | Paul | Puri |
| New Origins, LLC | Michael | Valdez |
| New Wave Recovery | Rafael | Penunuri |
| Next Step Recovery | Michael | Valdez |
| Oceanside IOP | Rick | Campa |
| Pacific Pain Clinic | Cyrus | Sedaghat |
| Pax House | Akashdeep | Gill |
| Playa House | Paul | Puri |
| Profound Treatment | James | Luzano |
| Rancho Milagro Recovery | Michael | Valdez |
| Remedy Detox Centers, LLC | Paul | Puri |
| Renaissance South LA | Stephen | Marzban |
| Resilient Care Center | Raymond | Dorio |
| Seacliff Recovery Center | Ryan/Venice | Wright/Sanchez |
| South Coast Counseling | Rafael | Penunuri |
| Taylor Recovery | Donald | Hauser |
| Teen Project | Paul | Puri |
| Valley Detox Center | Rick | Campa |
| Valley Restoration Center | Ryan | Peterson |
| VIP Family Medicine & Healthcare | William | Cheatham |
| Vitality Health Center | Ronald | Zluthlow |
| | | |

JEFFREY A. COHEN, SBN 186420
LAW OFFICE OF JEFFREY A. COHEN
15338 Central Avenue
Chino, CA 91710
Telephone: (310) 650-6015
Email: jac@cohen-lawfirm.com

*Attorney for Plaintiff* NOCHER ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOCHER ENTERPRISES, INC., a California corporation,<br>Plaintiff,<br>v.<br>AVENTUS OUTREACH, LLC, a Florida limited liability company; AVENTUS BIO LABS, INC., a Florida corporation, and AVENTUS HEALTH, LLC, a Florida limited liability company,<br>Defendants. | Case No.: 2:18-cv-03897 RSWL (JEMx)<br>Honorable Ronald S.W. Lew<br>**RULE 26 INITIAL DISCLOSURES OF PLAINTIFF NOCHER ENTERPRISES, INC.**<br>Action Filed: March 5, 2018 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to FRCP Rule 26(a)(1), plaintiff NOCHER ENTERPRISES, INC. hereby serves its initial disclosures. Plaintiff reserves the right to amend and/or supplement this response.

**A. Percipient Witnesses**

1. John Nocher
2. Oliver Dawoud
3. Nick Savas
4. Rich Luzzi
5. Brad Freeman
6. David Hoffman
7. Matthew Sanger
8. Custodian of Records/PMK of the following hospitals and/or laboratories:

    a) Aventus Health LLC
    1341 Sundial Point
    Winter Springs, FL 32708

    b) Dewitt Hospital and Nursing Home
    1641 South Whitehead Dr
    De Witt, AR 72042

    c) North Oak Regional Medical Center
    401 Getwell Dr
    Senatobia, MS 38668

    d) Trinity Hospital Nursing Service
    315 Knapp St
    Wolf Point, MT 59201

    e) Singing River Hospital
    2809 Denny Ave
    Pascagoula, MS 39567

    f) Deckerville Community Hospital
    3559 Pine St

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Deckerville, MI 48427

**B. Documents**

1. Correspondence between the parties (including e-mails and text messages)
2. Reports and summaries provided by the parties
3. EOBs
4. Doctor/provider Lists
5. Medical Necessity Forms
6. Requisition Forms
7. Supplies and Equipment
8. Lab Enrollment Forms
9. Aventus Online Portal and Website

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**C. Damages**

Until substantive discovery is obtained, plaintiff's damages are estimated as alleged in the operative complaint, viz., compensatory damages of $2,946,666.67 and punitive damages of $3,000,000.00.

**D. Insurance**

Plaintiff is not aware of any policy of insurance that might cover the claims in this action.

DATED: January 8, 2019 LAW OFFICE OF JEFFREY A. COHEN

By: *s/JEFFREY A. COHEN*
Jeffrey A. Cohen
Attorney for Plaintiff