BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NOCHER ENTERPRISES, INC., a California corporation,

Plaintiff,

v.

AVENTUS OUTREACH, LLC, a Florida limited liability company; OLIVER DAWOUD, an individual; AVENTUS BIO LABS, INC., a Florida corporation, and AVENTUS HEALTH, LLC, a Florida limited liability company,

Defendants.

Case No.: 2:18-cv-3897 RSWL (JEMx)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE**

Date: May 14, 2019
Time: 10:00 a.m.
Courtroom: TBD

Action Filed: March 5, 2018

Having considered Defendants Aventus Outreach, LLC, Aventus Bio Labs, Inc. and Aventus Health, LLC's (collectively, "Defendants"), Motion to Transfer Venue, all papers filed in support thereof, all papers in opposition thereto filed by Plaintiff, the pleadings, records, and papers on file in this action, and any oral argument at any hearing on the motion, and finding good cause therefor, the Court hereby finds:

1. Jurisdiction and venue over this action are proper in the United States District Court, Middle District of Florida, Orlando Division.

2. After weighing the factors presented by the parties, it would serve the interests of justice, and the convenience of the witnesses and the parties for this action to be transferred to the Middle District of Florida, Orlando Division.

3. Pursuant to 28 U.S.C. § 1404(a), the Clerk shall transfer this action to the Middle District of Florida, Orlando Division, and close this case.

As such, Defendants' Motion to Transfer Venue is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: ______________________________ ______________________________________

Honorable Ronald S.W. Lew
United States District Judge