**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NOCHER ENTERPRISES, INC.,**

**Plaintiff,**

**v.** **Case No. 6:19-cv-1267-Orl-40LRH**

**AVENTUS OUTREACH, LLC, OLIVER DAWOUD, AVENTUS BIO LABS, INC. and AVENTUS HEALTH, LLC.**

**Defendants.**

---

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X___ IS related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Nocher Enterprises, Inc. v. Aventus Outreach, LLC* et al., Case No. 2:18-cv-3897 (C.D. Cal., filed on May 9, 2018), case closed July 10, 2019.

____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 24th day of July, 2019.

*/s/ Michael S. Vitale*
Michael S. Vitale, Esq.
Florida Bar No. 17136
**BAKER & HOSTETLER LLP**
Sun Trust Center, Suite 2300
200 South Orange Avenue

P.O. Box 112
Orlando, FL 32802
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: mvitale@bakerlaw.com
*Counsel for Defendants,*
*Aventus Outreach, LLC; Aventus Bio Labs, Inc.;*
*and Aventus Health, LLC*

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2019, I electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the Court's ECF system which will send a notice of electronic filing to Jeffrey Aaron Cohen (jac@cohen-lawfirm.com) and all counsel of record.

*/s/ Michael S. Vitale*
Michael S. Vitale