**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NOCHER ENTERPRISES, INC.,**

**Plaintiff,**

**v.** **Case No. 6:19-cv-1267-Orl-40LRH**

**AVENTUS OUTREACH, LLC, OLIVER DAWOUD, AVENTUS BIO LABS, INC. and AVENTUS HEALTH, LLC.**

**Defendants.**

---

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT OF ALL DEFENDANTS**

Defendants Aventus Outreach, LLC, Aventus Bio Labs, Inc. and Aventus Health, LLC, pursuant to the Court's Order at Doc. No. 68, hereby file their Certificate of Interested Persons and Corporate Disclosure Statement in the form approved by the Court, and in support thereof state as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Nocher Enterprises, Inc.

Aventus Outreach, LLC

Aventus Bio Labs, Inc.

Aventus Health, LLC

John "Jamie" Nocher

Oliver Dawoud

Dr. Nagi Youssef

Tamer Girgis

ABL Owner, Inc.

KD Owner, Inc.

The Law Office of Jeffrey A. Cohen

Jeffrey A. Cohen

Baker & Hostetler, LLP

Michael S. Vitale

Joelle A. Berle

Michael R. Matthias

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff Nocher Enterprises, Inc. has alleged that it is the victim of civil wrongdoing in this matter and that it is entitled to restitution, which Defendants deny.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 24th day of July, 2019.

*/s/ Michael S. Vitale*
Michael S. Vitale, Esq.
Florida Bar No. 17136
**BAKER & HOSTETLER LLP**
Sun Trust Center, Suite 2300
200 South Orange Avenue
P.O. Box 112
Orlando, FL 32802
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: mvitale@bakerlaw.com
*Counsel for Defendants,*
*Aventus Outreach, LLC; Aventus Bio Labs, Inc.;*
*and Aventus Health, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2019, I electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the Court's ECF system which will send a notice of electronic filing to Jeffrey Aaron Cohen (jac@cohen-lawfirm.com ) and all counsel of record.

*/s/ Michael S. Vitale*
Michael S. Vitale