UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NOCHER ENTERPRISES, INC. Case No. 19-cv-1267

Plaintiff,

v.

AVENTUS OUTREACH, L.L.C, OLIVER DAWOUD, AVENTUS BIO LABS, INC. and AVENTUS HEALTH, L.L.C.

Defendants.
_________________________________/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**

Plaintiff Nocher Enterprises, Inc., pursuant to the Court's Order at Doc. No. 68, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement in the form approved by the Court, and in support thereof state as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Nocher Enterprises, Inc.
Aventus Outreach, LLC
Aventus Bio Labs, Inc.
Aventus Health, LLC
John "Jamie" Nocher
Oliver Dawoud
Dr. Nagi Youssef
The Law Office of Jeffrey A. Cohen
Jeffrey A. Cohen

Blake Stewart
Stewart Law
Baker & Hostetler, LLP
Michael S. Vitale
Joelle A. Berle
Michael R. Matthias

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff Nocher Enterprises, Inc. alleges that it is the victim of civil wrongdoing in this matter and that it is entitled to restitution, which Defendants deny.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 2nd day of August, 2019.

*s/Jeffrey A. Cohen*
Jeffrey Aaron Cohen
California Bar No. 186420
**LAW OFFICE OF JEFFREY A. COHEN**
15338 Central Avenue
Chino CA 91710
Telephone: 310-650-6015
Facsimile: 310-943-1760
Email: jac@cohen-lawfirm.com

*s/ Blake Stewart*
Blake Stewart
Florida Bar No. 84716
**STEWART LAW**
7341 Office Park Place, Suite 202
Melbourne FL 32940
Telephone: 321-541-6845
Email: blake@stewartlawcs.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2019, I electronically filed the foregoing *Certificate Of Interested Persons And Corporate Disclosure Statement Of Plaintiff* with the Clerk of the Court by using the CM/ECF system, which will send notice to all counsel of record.

*s/ Jeffrey A. Cohen*
Jeffrey A. Cohen