**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NOCHER ENTERPRISES, INC.,**

**Plaintiff,**

**v.** **Case No. 6:19-cv-1267-Orl-78LRH**

**AVENTUS OUTREACH, LLC, OLIVER DAWOUD, AVENTUS BIO LABS, INC. and AVENTUS HEALTH, LLC.**

**Defendants.**

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08, counsel for Defendants, with the consent of counsel for Plaintiff, hereby notifies the Court that Plaintiff and Defendants have reached a settlement with respect to all claims and all issues asserted in this case. The parties anticipate that they will file a Joint Stipulation of Dismissal within fifteen (15) days.

Respectfully submitted this 26th day of November, 2019.

*/s/ Michael S. Vitale*
Michael S. Vitale, Esq.
Florida Bar No. 17136
**BAKER & HOSTETLER LLP**
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: mvitale@bakerlaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that on November 26, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Blake Stewart, Esq.
STEWART LAW
7341 Office Park Place, Suite 202
Melbourne, Florida 32940
Telephone: (321) 541-6845
Email: Staff@stewartlawcs.com

Jeffrey A. Cohen, Esq.
Law Offices of Jeffrey A. Cohen
15338 Central Avenue
Chino, CA 91710
(310) 650-6015
jac@cohen-lawfirm.com

*Counsel for Plaintiff*

*/s/ Michael S. Vitale*
Michael S. Vitale